**FILED**

FEB 2 0 2009

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Shaaban Shaaban Hafed,              )
                                    )
    Plaintiff,                      )
                                    )
v.                                  )    Civil Action No.    **09 0327**
                                    )
United States Supreme Court *et al.*,)
                                    )
    Defendants.                     )

## MEMORANDUM OPINION

This matter is before the Court on plaintiff's *pro se* complaint and application to proceed *in forma pauperis*. The Court will grant the application and dismiss the complaint for lack of subject matter jurisdiction.[1]

Plaintiff is a prisoner at the United States Penitentiary in Florence, Colorado, suing the United States Supreme Court and Chief Justice John G. Roberts, Jr., for the alleged denial of his petition for a writ of certiorari. He seeks injunctive relief and $1 in "punitive" damages. Compl. at 14. This Court lacks subject matter jurisdiction to review the decisions of the Supreme Court. *In re Marin*, 956 F.2d 339 (D.C. Cir. 1992). "It seems axiomatic that a lower court may not order the judges or officers of a higher court to take an action." *Panko v. Rodak*, 606 F.2d 168, 171 n.6 (7th Cir. 1979), *cert. denied*, 444 U.S. 1081 (1980). Accordingly, the complaint is dismissed. A separate Order accompanies this Memorandum Opinion.

                                            /s/
                              United States District Judge

Date: February 6, 2009

---

[1] "If the court determines at any time that it lacks subject-matter jurisdiction, the court must dismiss the action." Fed. R. Civ. P. 12(h)(3).